United States District Court
Southern District of Texas

**ENTERED**
March 04, 2019
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Jerusalem Halal Meats, Inc., §
    Plaintiff, §
 §
v. §    Civil Action H-17-1423
 §
United States of America, §
    Defendant. §

## Order of Adoption

On February 7, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation (D.E. 21), recommending that the United States of America's Motion for Summary Judgment (D.E. 13) be granted and this case be dismissed with prejudice. Jerusalem Halal Meats, Inc. filed objections (D.E. 22), which are denied. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed ~~February~~ March 4, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge